IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-cr-092-MEF |
| | ) | |
| JERRY JAMES DUMAS | ) | |

## **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The defendant's Objections to Recommendation of the Magistrate Judge (Doc. #35) filed on November 11, 2011 is overruled;

2. The Recommendation of the United States Magistrate Judge (Doc. #31) entered on October 28, 2011 is adopted;

3. The defendant's motion to suppress (Doc. #13) is DENIED.

DONE this the 17th day of November, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE